JAMES TULLY, Appellant, v. EMPIRE EQUIPMENT CORP. et al., Respondents. EMPIRE EQUIPMENT CORP. et al., Third-Party Plaintiffs, v. UNITED STATES TRUCKING CORP., Third-Party Defendant.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.

(July 31, 1967)

In the Matter of JOHN DENNIS, Petitioner, v. AARON E. KOOTA, as District Attorney, et al., Respondents.

Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ., concur.

BAYSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant, v. CORD MEYER DEVELOPMENT COMPANY et al., Respondents.

Beldock, P. J., Christ, Rabin and Benjamin, JJ., concur.